### DE LEON v. STATE. (No. 4127.)

(Court of Criminal Appeals of Texas. June 21, 1916.)

CRIMINAL LAW ☞1097(6)—APPEAL—STATEMENT OF FACTS.

The grounds of the motion for a new trial, in the absence of a statement of facts, cannot be considered.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. § 2947; Dec. Dig. ☞1097(6).]

Appeal from District Court, El Paso County; W. D. Howe, Special Judge.

Mateo De Leon was convicted of hog theft, and he appeals. Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant was convicted of hog theft, his punishment being assessed at two years' confinement in the penitentiary.

The record contains neither a statement of facts nor bill of exceptions. The grounds of the motion for new trial, in the absence of the statement of facts, cannot be considered, and some of them set forth matters which could not be reviewed in the absence of bill of exceptions.

The judgment on the record as presented will therefore be affirmed.